*J. A. Fay*, for appellants.

*W. H. Coombs*, and *W. H. H. Miller*, for appellees.

---

NEBEKER and Others *v*. RHOADS and Others.

AMENDMENT AND REPEAL OF LAWS.—*Descents.— Widow.—Leard et al.* v. *Leard*, p. 171, *supra*, affirmed.

APPEAL from the Fountain Circuit Court.

FRAZER, J.—The questions in this case were, after full consideration, decided adversely to the views pressed upon us by the present appellant, in *Leard et al.* v. *Leard*, at this term.   We have no doubt whatever of the soundness of the conclusions then reached, nor indeed of the wisdom and policy of the act of March 9th, 1867, as then expounded.   The act was absolutely necessary to the purposes of justice and the repose of titles long unchallenged in consequence of some decisions of this court not well considered, but which, if adhered to, would, it was seen, be productive of constantly recurring mischiefs of the most alarming na-

ture, some of which were indicated in *Greencastle, &c. Co.* v. *The State. ex. rel. &c.*, 28 Ind. 382. The statute in question was evidently passed so that if the doctrine of *Langdon* v. *Applegate* should be overruled no inconvenience would result.

The judgment is affirmed, with costs.

*T. F. Davidson*, for appellants.

*W. H. Mallory*, for appellees.